IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GLENN LASER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. JFM 01 CV 2997 |
| UNUMPROVIDENT CORPORATION | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

**STIPULATION REGARDING SUBSTITUTION OF
PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY
AS DEFENDANT FOR UNUMPROVIDENT CORPORATION**

The undersigned hereby stipulate and agree that Provident Life & Accident Insurance Company shall be substituted as Defendant for UNUMProvident Corporation in all respects of the above-captioned matter. UNUMProvident Corporation was named as a party defendant by Plaintiff instead of the proper party defendant, Provident Life & Accident Insurance Company. Therefore, Provident Life & Accident Insurance Company shall be the proper party defendant, and it is agreed that UNUMProvident Corporation should be stricken from this case as a party defendant for all purposes.

_____
J. Snowden Stanley, Jr. (Bar No. 00059)
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040
Attorneys for Defendant Provident
Life & Accident Insurance Company

_____
Keith R. Siskind (Bar No. 04415-G)
7711 Quarterfield Road
Glen Burnie, Maryland 21061
(410) 766-7630
Attorney for Plaintiff
Glenn Laser

## ORDER

The foregoing Stipulation is hereby approved, and Provident Life and Accident Insurance Company is hereby substituted for UNUMProvident Corporation as Defendant.

_April 16, 2002_  
Date

_/s/ J. Frederick Motz_  
J. Frederick Motz  
United States District Judge

(B0254263.WPD;1)