IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GLENN LASER | * | 2002 MAY 15  P 5:01 |
| Plaintiff | * | |
| v. | * | Civil Action No.  JFM 01 CV 2997 |
| UNUMPROVIDENT CORPORATION | * | |
| Defendant | * | |

*     *     *     *     *     *     *     *     *

### STIPULATION OF EXTENSION OF TIME

The Plaintiff and the Defendant, by their undersigned counsel, hereby stipulate and agree that the Defendant shall have an extension of time until May 27, 2002 within which to file its reply/opposition to Plaintiff's Opposition to and Cross-Motion for Summary Judgment.

Keith R. Siskind, Esquire
Forman & Steinhardt, P.A.
7711 Quarterfield Road
Glen Burnie, MD  21061
(410) 766-7630

Attorneys for Plaintiff

J. Snowden Stanley, Jr., Bar # 00059
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland  21201
(410) 539-5040

Attorneys for Defendant

### ORDER

The foregoing Stipulation is hereby approved.

Date

J. Frederick Motz, Judge
United States District Court for the
District of Maryland

(B0263155.WPD;1)