IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GLENN LASER                    *
                               *
v.                             *   Civil No. JFM-01-CV-2997
                               *
PROVIDENT LIFE & ACCIDENT      *
INSURANCE CO.                  *
                           *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 24th day of July 2002

ORDERED that

1. Defendant's motion is denied.

2. Plaintiff's motion is denied.

3. The case is remanded to the defendant, as ERISA plan administrator, for further consideration.

_____
J. Frederick Motz
United States District Judge