IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GLENN LASER                              *

      Plaintiff                   *

v.                                       *      Civil Action No. JFM 01 CV 2997

UNUMPROVIDENT CORPORATION                *

      Defendant                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and the Defendant, by their undersigned counsel, hereby stipulate and agree that the above-captioned matter shall be dismissed with prejudice.

_____          _____
Keith R. Siskind, Esquire                J. Snowden Stanley, Jr., Bar # 00059
Forman & Steinhardt, P.A.                Semmes, Bowen & Semmes
7711 Quarterfield Road                   250 West Pratt Street
Glen Burnie, MD 21061                    Baltimore, Maryland 21201
(410) 766-7630                           (410) 539-5040

Attorneys for Plaintiff                  Attorneys for Defendant


### ORDER

The foregoing Stipulation is hereby approved.

_October 16, 2002_____               _____
Date                                     J. Frederick Motz, Judge
                                         United States District Court for the
                                         District of Maryland

(B0288479.WPD;1)